JOHN BALAZS, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
balazslaw@gmail.com

Attorney for Defendant
JEFFREY JAMES BRAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY JAMES BRAY,<br><br>Defendant. | No.  2:22-CR-0077-KJM<br><br>**STIPULATION AND ORDER**<br><br>Hon. Kimberly J. Mueller<br>Chief U.S. District Judge |

Defendant JEFFREY JAMES BRAY, through counsel, and plaintiff UNITED STATES, through its counsel, hereby stipulate to the following briefing schedule on defendant's motion to vacate under 28 U.S.C. §2255:

    Defense's amended motion to vacate and
     Memorandum of law due:                       November 17, 2023

    Government's Answer due:                            January 17, 2024

    Defense reply brief due:                                March 16, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/ *Alstyn Bennett*                       /s/*John Balazs*
ALSTYN BENNETT                         JOHN BALAZS
Assistant U.S. Attorney
Attorney for Plaintiff                         Attorney for Defendant
UNITED STATES OF AMERICA     JEFFREY JAMES BRAY

Dated:  October 27, 2023                  Dated: October 27, 2023

**ORDER**

IT IS SO ORDERED.

Dated: October 31, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE