PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY JAMES BRAY,<br><br>Defendant. | CASE NO. 2:22-CR-0077-KJM<br><br>STIPULATION REGARDING RESETTING BRIEFING SCHEDULE; FINDINGS AND ORDER<br><br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court set a briefing schedule for defendant's motion to vacate under 28 U.S.C. § 2255 pursuant to the parties' request. ECF 38.

///
///
///
///
///
///
///

2. By this stipulation, the parties now seek to reset the briefing schedule as follows:

    a)    Government's Answer due:    February 17, 2024

    b)    Defense Reply due:    April 17, 2024

IT IS SO STIPULATED.

Dated: January 4, 2024              PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: January 4, 2024              /s/ JOHN BALAZS
JOHN BALAZS
Counsel for Defendant
JEFFREY JAMES BRAY

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of January, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE